IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02248-WYD-MJW**

WILLIS ROUSE,

Plaintiff,

v.

COLORADO STATE BOARD OF PAROLE, et al.,

Defendants.

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion to have "[t]his court issue an Order to the Dept. of Corrections to allow be to obtain a copy of my inmate account statements," which was filed on September 23, 2005 (Docket No. 61), is denied. In the Order Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee, which was filed on November 15, 2004 (Docket No. 9), Magistrate Judge Schlatter directed, inter alia, that "[i]n order to show cause [why he has no assets and no means by which to make each monthly filing fee payment], Plaintiff must file a current certified copy of his trust fund account statement." Plaintiff may show that Order to his case manager. It is plaintiff's responsibility to make the appropriate arrangements to make his monthly payments or submit his trust fund account statement to the court.

Date: September 26, 2005