IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-cv-02248-WYD-MJW**

WILLIS ROUSE,

Plaintiff,

v.

COLORADO STATE BOARD OF PAROLE, et al.,

Defendants.

MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion to Appoint Counsel, which was filed on July 28, 2006 (Docket No. 91), is denied. The court has once again considered the record in this case and once again finds that, even assuming the plaintiff has a colorable claim, he currently appears to be able to present his case adequately. The factual and legal issues raised are not so numerous or complex that the plaintiff is unable to present his case adequately at this stage of the litigation. It is further

ORDERED that the plaintiff's motion to issue a writ, which was also filed on July 28, 2006 (Docket No. 91), is denied. As the plaintiff notes in his motion, the scheduling conference that had been set for September 12, 2006, at 8:30 a.m. was vacated (see Docket No. 89). Therefore, there is no need to issue a writ for the plaintiff's appearance before this court at this time.

Date: July 31, 2006